IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BILLY N. HAMMOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 110-135 |
| | ) | |
| JEFF DOWNIE, Special Agent, FBI, | ) | |
| in his individual and official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 13). Although Plaintiff disagrees with the recommendation that this case be dismissed, he fails to offer any argument to persuade the Court that it should reject the Magistrate Judge's analysis. (See generally id.) Although Plaintiff claims that he has been unable to access law books at the Augusta-Richmond County Law Enforcement Center (id. at 2), he fails to explain how this lack of access interfered with his ability to make objections regarding his failure to state a claim against Special Agent Downie. Thus, Plaintiff's objections are **OVERRULED**. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** for failure to state a claim upon which relief can be granted and this civil action is **CLOSED**.

SO ORDERED this 16th day of February, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA